**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-SHL |
| Debtors. | (Jointly Administered) |
| StarWest, LLC, Plaintiff, | |
| v. | Adv. No. **20-08730-SHL** |
| LUXE MEDIA GROUP LLC, Defendant. | **WP BC 24,0055** |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

This adversary proceeding was commenced on or about February 3, 2020 by the filing of a Summons and Complaint[2]. Copies of the Summons and Complaint in the above-referenced adversary proceeding were served on the above-named Defendant, LUXE MEDIA GROUP LLC, through service via U.S. Mail, pursuant to Federal Rule of Bankruptcy Procedure 7004, on February 12, 2020 and February 17, 2022. The Certification of Service was filed with this Court.

The Clerk's Entry of Default was filed on or about July 29, 2022. Defendant was served with Plaintiff Motion for Default Judgment (the "Motion"), and after due service and notice, has

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A Factory Service, LLC (6695); A Home Delivery, LLC (0205); A Lawn Garden, LLC (5028); A Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application for Default Judgment filed in the above-referenced adversary proceeding.

failed to answer, object or otherwise defend and has not opposed the Motion for Default Judgment; and upon the Court's review of the Motion for Default Judgment, the Application for Default Judgment, and the Complaint; and good and sufficient cause appearing, in that the Motion and Application satisfy the necessary elements for the relief granted herein;

**NOW THEREFORE**, it is

**ORDERED, ADJUDGED AND DECREED:** that

1. The Motion is granted.

2. The Transfers (as that term is defined in the Complaint) are avoided pursuant to 11 U.S.C. § 547(b), and Plaintiff may recover, pursuant to 11 U.S.C. § 550(a)(1), for the benefit of the bankruptcy estate, the property transferred, or the value of such property, as more particularly described in paragraph 3 of this order and judgment.

3. Judgment is hereby entered by default in favor of Plaintiff and against the Defendant, LUXE MEDIA GROUP LLC, in the amount of $19,985.00, plus prejudgment interest from February 3, 2020 through January 19, 2024 of $1,155.93 , plus costs in the sum of $350.00, which results in a total judgment of $21,490.93, with such judgment amount accruing post-judgment interest at the rate prescribed by 28 U.S.C. § 1961.

4. Any claims filed in this case by LUXE MEDIA GROUP LLC are, pursuant to 11 U.S.C. § 502(d), hereby disallowed and expunged until payment of the foregoing judgment amount.

Dated: August 15, 2024
      White Plains, New York        */s/ Sean H. Lane*
                                                   THE HONORABLE SEAN H. LANE
                                                   UNITED STATES BANKRUPTCY JUDGE